UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACE HARDWARE CORPORATION,

                    Plaintiff,                    No. 04-CV-73360-DT

vs.                                               Hon. Gerald E. Rosen

OWOSSO ACE HARDWARE, L.L.C. et al.,

                    Defendants.
_____/

ORDER GRANTING DEFENDANTS' MOTION
TO SUPPLEMENT THE RECORD

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____April 19, 2006_____

PRESENT:   Honorable Gerald E. Rosen
                     United States District Judge

This matter having come before the Court on Defendants/Counter-Plaintiffs'

Motion to Supplement the Record in this matter with the filing of supplemental briefs in

support of Defendants' motions for summary judgment and Defendants' motion *in limine*

regarding spoilation, together with additional supporting evidence cited therein; and the

Court being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that Defendants' Motion to Supplement the Record is

GRANTED.  Accordingly,

IT IS FURTHER ORDERED that the Clerk shall accept for filing in this matter the

supplemental briefs and evidence appended as exhibits to Defendants' Motion to

Supplement the Record.


                              s/Gerald E. Rosen
                              Gerald E. Rosen
                              United States District Judge

Dated:  April 19, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 19, 2006, by electronic and/or ordinary mail.

                              s/LaShawn R. Saulsberry
                              Case Manager